IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WILLIE HENDERSON,

                Plaintiff,

v.                                                            ORDER

ANGELA THOMPSON, K. THOMPSON,              19-cv-405-jdp
C. BARTER, and S. KLENKE,

                Defendants.

---

Pro se plaintiff Willie Henderson is proceeding on claims that prison staff at Redgranite Correctional Institution failed to provide him a wheeled walker with a seat and breaks for his chronic leg and back pain, in violation of the Eighth Amendment and state law. Defendants filed a motion for summary judgment on November 13, 2020. Dkt. 17. Henderson's deadline for opposing the motion was December 14, 2020, but Henderson has failed to file any materials in response to defendants' motion. His failure to respond suggests that he may have lost interest in pursuing his case and no longer intends to prosecute it.

I will give Henderson one more opportunity to submit substantive responses to defendants' motion for summary judgment. If he fails to do so by the new deadline, I will dismiss this case with prejudice under Rule 41 of the Federal Rules of Civil Procedure for Henderson's failure to prosecute it.

ORDER

IT IS ORDERED that plaintiff Willie Henderson may have until January 8, 2021 to file a response to defendants' motion for summary judgment. If he does not respond by that

date, I will dismiss this case with prejudice under Fed. R. Civ. P. 41 for Henderson's failure to prosecute it.

Entered December 23, 2020.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge