IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIE HENDERSON,

    Plaintiff,

  v.

Case No.  19-cv-405-bbc

ANGELA THOMPSON, KATHERINE THOMPSON, CINDY BARTER, SHARI KLENKE, KIMBERLY JOHNSON, CHRISTIAN MELTER, N. BEIER, and L. DOEHLING,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 3/25/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |